THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department
 of Social Services, Respondent,
 
 
 

v.

 
 
 
 William A., Appellant.
 In the interest of two minor children under
 the age of 18.
 
 
 
 

Appeal From Berkeley County
Jack A. Landis, Family Court Judge

Unpublished Opinion No. 2011-UP-403   
Submitted August 15, 2011  Filed August 25, 2011

AFFIRMED

 
 
 Andrew S. Halio, of Charleston, for Appellant.
 Paul C. White, of Moncks Corner, for Respondent.
 Sean L. Keefer, of Charleston, for Guardian Ad Litem.
 
 

PER CURIAM: William A. appeals
 the family court's final order terminating his parental rights to his minor
 children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 court's ruling.
AFFIRMED.[1]
HUFF, PIEPER, and LOCKEMY,
 JJ., concur.                                      

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.